**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-609-FDW-DCK**

| | | |
|---|---|---|
| **CHEYNE SUKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **KRISPY KREME DOUGHNUT** | ) | |
| **CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Parties' Joint Motion For Stay Of The Case" (Document No. 6) filed December 12, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Whitney's chambers, the undersigned will grant the motion with modification.

**IT IS, THEREFORE, ORDERED** that the "Parties' Joint Motion For Stay Of The Case" (Document No. 6) is **GRANTED with modification**. While the Court will not stay the case, the undersigned will permit Defendant an extension of time to answer or otherwise respond to Plaintiff's Complaint. Defendant shall have up to and including **January 19, 2024** to answer or otherwise respond to Plaintiff's Complaint.

**SO ORDERED**.

Signed: December 13, 2023

David C. Keesler
United States Magistrate Judge